# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

|  |  |  |
|---|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, SIERRA CLUB, and ALASKA COMMUNITY ACTION ON TOXICS,<br><br>Petitioners,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. _____ |

## PETITION FOR REVIEW

Pursuant to section 307(b)(1) of the Clean Air Act, 42 U.S.C.

§ 7607(b)(1), Federal Rule of Appellate Procedure 15(a), and Circuit

Rule 15-1, National Parks Conservation Association, Sierra Club, and

Alaska Community Action on Toxics petition this Court for review of a

final rule of the U.S. Environmental Protection Agency titled "Air Plan

Approval; AK; Regional Haze State Implementation Plan for the Second

1

Implementation Period," published at 91 Fed. Reg. 10339 (Mar. 3, 2026). A copy of EPA's final rule is attached to this petition.

<div style="margin-left:40%">

Respectfully submitted,

*/s/ Tsuki Hoshijima*
Tsuki Hoshijima
Kayla M. Kaufman
Elena S. Goldstein
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
thoshijima@democracyforward.org
kkaufman@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Petitioners*

</div>

## CERTIFICATE OF SERVICE

I certify that on May 1, 2026, copies of this petition for review were served through certified mail, return receipt requested, on the following:

Administrator Lee Zeldin
U.S. Environmental Protection Agency
Office of the Administrator
Mail Code 1101A
1200 Pennsylvania Avenue NW
Washington, D.C. 20460

Correspondence Control Unit
Office of General Counsel

U.S. Environmental Protection Agency
Mail Code 2311
1200 Pennsylvania Avenue NW
Washington, D.C. 20460

Regional Administrator Emma Pokon
U.S. Environmental Protection Agency, Region 10
Office of the Regional Administrator
1200 Sixth Avenue, Suite 155
Seattle, WA 98101

Acting Attorney General Todd Blanche
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

*/s/ Tsuki Hoshijima*